# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

|  |  |  |
|---|---|---|
| KERRY T. SPAULDING, | : | Case No. 1:18-cv-886 |
|  | : |  |
| Plaintiff, | : | Judge Timothy S. Black |
|  | : |  |
| vs. | : | Magistrate Judge Stephanie K. |
|  | : | Bowman |
| COMMISSIONER OF SOCIAL | : |  |
| SECURITY, | : |  |
|  | : |  |
| Defendant. | : |  |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION OF
## THE UNITED STATES MAGISTRATE JUDGE (Doc. 14) AND
## TERMINATING THIS CASE IN THIS COURT

This case is before the Court pursuant to the Order of General Reference to United

States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the

Magistrate Judge reviewed the pleadings and, on February 7, 2020, docketed a Report

and Recommendation, recommending that the Court affirm Defendant's denial of

Plaintiff's disability claim.  (Doc. 14).  Plaintiff has objected (Doc. 15), and Defendant

has responded (Doc. 16).[1]

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has

reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all

---

[1] In his objections, Plaintiff argues that the ALJ erred in refusing to afford "controlling weight" to the opinion of Plaintiff's treating physician, Dr. Pelnick.  (*See* Doc. 15 at 1–4).  Plaintiff's objections are without merit.  As <u>thoroughly</u> discussed in the Report and Recommendation, the ALJ provided good reasons for the amount of weight he afforded to Dr. Pelnick's opinion, and those reasons are substantially supported by the evidence of record.  (*See* Doc. 14 at 5–11). **Plaintiff's objections are overruled**.

of the filings in this matter.  Upon consideration of the foregoing, the Court finds that the

Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly:

1.      The Report and Recommendation (Doc. 14) is **ADOPTED**;

2.      Defendant's decision is **AFFIRMED**, as the decision is supported by
substantial evidence; and

3.      The Clerk shall enter judgment accordingly, whereupon this case is
**TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date:  _____9/30/2020_____

Timothy S. Black
United States District Judge